IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANI MICHELLE LUCKEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-723-DII |
| CONOPCO, INC. *d/b/a* UNILEVER and MLHM BEAUTY, LLC, | § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

On this date, the Court entered an order granting Defendants MHLM Beauty, LLC and Conopco, Inc. d/b/a Unilever's motions to dismiss the second amended complaint. (Dkts. 42, 45). The Court's order dismissed with prejudice Plaintiff Dani Luckey's claims against both Defendants. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 10, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE